| In re: | ) | Chapter 7 | Fees previously requested: | None | Name of Applicant: | Theodore P. Witthoft (021632) |
| --- | --- | --- | --- | --- | --- | --- |
| | ) | | Fees previously awarded: | None | | Witthoft Derksen, P.C. |
| | ) | No. 2:04-bk-16232-DPC | | | | Attorneys for Trustee, |
| HAL C. CARRINGTON, | ) | | Expenses previously requested: | None | Role in this case: | David A. Birdsell |
| | ) | | Expenses previously awarded: | None | | Fee Request: $3,679.50 |
| Debtor. | ) | | | | Current application: | Expense Request: $270.15 |
| | ) | | | | | Total Requested: $3,949.65 |
| | ) | | | | | |
| | ) | | | | | |
| | ) | | | | | |

**FIRST FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF TRUSTEE'S ATTORNEYS' FEES AND EXPENSES**
**April 3, 2017 THROUGH October 18, 2017**

| Professionals/<br>Paraprofessionals | Year Admitted<br>to Practice | Hours Billed | Witthoft Derksen Rate | Total For Application |
| --- | --- | --- | --- | --- |
| PARTNERS | | | | |
| Sara R. Witthoft | 2004 | 3.00 | $315 | $945.00 |
| Theodore P. Witthoft | 2001 | 3.30 | $350 | $1,155.00 |
| Total Attorney Fees/Hours | | 6.30 | | $2,100.00 |
| PARAPROFESSIONALS | | | | |
| Trish Hines | | 8.10 | $195 | $1,579.50 |
| TOTAL: | | 14.40 | | $3,679.50 |

**TOTAL BLENDED HOURLY RATE (Excluding paraprofessionals): $333.33**        **TOTAL FEES AND COSTS: $3,949.65**

| DESCRIPTION: | TOTAL HOURS BILLED: | TOTAL AMOUNT FOR APPLICATION: |
| --- | --- | --- |
| Case Administration | 5.90 | $1,662.00 |
| Plaintiff Claim Issues | 7.40 | $1,7803.00 |
| Fee/Employment Applications | 1.10 | $214.50 |
| **TOTAL:** | **21.10** | **$3,679.50** |

Theodore P. Witthoft (State Bar Id No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com

Attorneys for Chapter 7 Trustee, David A. Birdsell

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HAL C. CARRINGTON,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:04-bk-16232-DPC<br><br>**FIRST FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF TRUSTEE'S ATTORNEYS' FEES AND EXPENSES** |

Pursuant to § 330 of the United States Bankruptcy Code, the Chapter 7 trustee, David A. Birdsell ("Trustee"), by and through his attorneys Witthoft Derksen, P.C. ("Witthoft Derksen" or the "Firm"), herewith submits his first fee application for allowance and payment of the Trustee's attorneys' fees and expenses (the "Application") incurred in connection with the above-captioned chapter 7 proceedings from the proceeds of the bankruptcy estate. Witthoft Derksen has represented the Trustee from April 3, 2017, to date. This Application is for fees in the amount of $3,679.50 and costs in the amount of $270.15 from April 3, 2017 through October 18, 2017.

**A.  BACKGROUND**

1. The Debtor filed his chapter 7 petition on September 14, 2004. The Trustee filed a motion to reopen the case, as it came to the Trustee's attention that Debtor's pharmaceutical claims were assets to be administered. The case, having been closed, was reopened on March 29, 2017, pursuant to the Trustee's motion.

2. Witthoft Derksen commenced services for the Trustee on April 3, 2017. The Trustee filed his application to employ Witthoft Derksen on April 3, 2017, and this Court approved the application on April 4, 2017.

3. Witthoft Derksen agreed to work for the Trustee on an hourly basis and were to be paid only from assets of this chapter 7 estate. No retainers were ever paid nor were any caps or limitations ever established for the fees or other charges to be billed by the Firm.

4. The following is a list of the hourly rates charged in this case by all attorneys and paraprofessionals at Witthoft Derksen. The rates shown here were identified in the affidavit in support of application to employ Witthoft Derksen. The rates charged in this case are the same rates generally charged for similar services to this firm's non-bankruptcy clients.

| Attorneys | Year First Admitted | Hourly Rate |
| --- | --- | --- |
| Patrick T. Derksen | 2003 | $315 |
| Sara R. Witthoft | 2004 | $315 |
| Theodore P. Witthoft | 2001 | $350 |
| Paralegals | | $195 |
| Law Clerks | | $150 |
| Litigation Assistant | | $75 |

5. This is the first application for allowance and payment of fees and expenses incurred by Witthoft Derksen in this case.

6. This Application is not filed less than 120 days after the order for relief nor within 120 days after a prior application to this Court.

7. This Application is for fees and expenses incurred by the Firm from April 3, 2017 through October 18, 2017.

**B. CASE STATUS**

1. Financial condition of chapter 7 estate.

    a. Cash on hand or on deposit in the estate: approximately $122,670.91.

b. To the best of the undersigned's knowledge, the only other unpaid chapter 7 administrative claims against the estate are this application for fees, the administrative claims of special counsel, and the Trustee's claim for his compensation, allowed pursuant to 11 U.S.C. § 326.

c. All funds of this estate are unencumbered.

2. Summary of case administration.

a. The Trustee has not made any distributions in this case.

b. No interim distributions to creditors are currently feasible or appropriate. The Trustee plans to file his closing report as soon as he completes some final tasks for the estate.

**C.    PROJECT SUMMARY**

a. Attorneys' projects, benefits derived and status: Witthoft Derksen reviewed the documents provided by the Trustee, Debtor's schedules, Statement of Financial Affairs, Court filings and other public records to analyze the issues identified by the Trustee to pursue in this case. Witthoft Derksen investigated Debtor's potential recovery from a class action mass tort personal injury claim lawsuit ("Lawsuit"). Witthoft Derksen advised the Trustee concerning the estate's interest in the Lawsuit and advised the case be reopened. Witthoft Derksen worked with special counsel and their staff to pursue the estate's interest in the lawsuit. Witthoft Derksen prepared the appropriate court filings to employ special counsel. Witthoft Derksen worked with special counsel to analyze the estate's potential recovery and to analyze various claims and liens potentially encumbering the proceeds from a settlement of the Lawsuit. Witthoft Derksen prepared the appropriate court filings to approve a settlement of the Lawsuit. The settlement was approved. Witthoft Derksen maintained communications with special counsel to help ensure the settlement would be completed. Witthoft Derksen regularly communicated with the Trustee and provided legal and strategic advice as to the various issues presented throughout this case. Witthoft Derksen's efforts assisted in at least $122,670.91 being paid to the estate.

1         b.     Working attorney/paralegal summary: See cover sheet filed concurrently herewith.

        c.     Summary of hours spent and compensation requested: See the cover sheet filed concurrently herewith.

        d.     Itemized time entries: See **Exhibit A** attached hereto and incorporated herein by this reference.

        c.     Itemized time entries: See Exhibit A.

**D.     EVALUATION STANDARDS**

The detailed billing summaries contained in Exhibit A are believed by the undersigned to be sufficiently detailed to enable this Court and the office of the United States Trustee to satisfy the analysis requirements of 11 U.S.C. § 330(a).

**E.     CERTIFICATION**

As noted by the Trustee's signature below, the Trustee has reviewed and approved this application and the amount of the charges sought to be paid by the Trustee's counsel.

**F.     REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

The expenses sought to be reimbursed herein are of the kinds and amounts customarily charged to the applicant's non-bankruptcy clients. Copying charges are billed by the Firm at the rate of no more than 25 cents per page. Mileage is charged at the federal mileage rate. The Firm's phone, facsimile and postage charges were charged at the actual costs to the applicant, except where such charges were absorbed by the applicant as general office overhead not billed to this estate.

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, it is respectfully requested that the Court enter an order allowing and directing the Trustee to pay to Witthoft Derksen its fees and expenses. Witthoft Derksen's fees totaled $3,679.50 and its costs were in the amount of $270.15.

Respectfully submitted this 5th day of April, 2018.

**WITTHOFT DERKSEN, P.C.**

By: /s/ Theodore P. Witthoft          021632
    Theodore P. Witthoft
    Attorneys for Trustee, David A. Birdsell

I have read the foregoing application and exhibits, and hereby approve the application and the amounts sought herein.

4/5/2018                               /s/ David A. Birdsell
Dated                                  David A. Birdsell, Chapter 7 Trustee

Copy of the foregoing *emailed/mailed this 5th day of April, 2018, to:

*Larry Watson, Esq.
United States Trustee's Office
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*David A. Birdsell
216 North Center
Mesa, Arizona 85201
Chapter 7 Trustee
ecf@azbktrustee.com

Hal C. Carrington
538 S. Ellsworth Rd.
Mesa, Arizona 85208
Debtor

Robert Teague
Phillips & Associates
20 E. Thomas Rd., #2600
Phoenix, Arizona 85012
Attorney for Debtor

*Robert Teague
Teague Law Firm
3101 N. Central Ave., Ste. 100
Phoenix, Arizona 85012-2646
Attorney for Debtor
rteague@mylawyeraz.com

/s/ Trish Hines

# EXHIBIT A

***Witthoft Derksen, P.C.***
3550 North Central Avenue
Suite 1006
Phoenix, Arizona 85012

(602) 680-7332

| | |
|---|---|
| **David A. Birdsell, Trustee** | April 5, 2018 |
| 216 North Center | File #: 928-782 |
| Mesa, AZ 85201 USA | Inv #: 1147 |
| | Atty: TPW |

Attention:

RE: Hal C. Carrington

## SUMMARY BY TIMEKEEPER

| | | | This Invoice | | Cumulative | |
|---|---|---:|---:|---:|---:|---:|
| **Timekeeper** | **Category** | **Rate** | **Hours** | **Amount** | **Hours** | **Amount** |
| Sara R. Witthoft | Partner | 315.00 | 3.00 | 945.00 | 3.00 | 945.00 |
| Ted P. Witthoft | Partner | 350.00 | 3.30 | 1,155.00 | 3.30 | 1,155.00 |
| Trish Hines | Paralegal | 195.00 | 8.10 | 1,579.50 | 8.10 | 1,579.50 |
| **Total** | | | **14.40** | **$3,679.50** | **14.40** | **$3,679.50** |

## DISBURSEMENT SUMMARY

| | | |
|---|---|---:|
| E101 | Copying | 195.50 |
| E108 | Postage | 17.15 |
| E126 | Pacer | 12.50 |
| E127 | Lexis Nexis Asset/Public Record Search | 45.00 |
| | Total Disbursements | $270.15 |

| Date | Description | Lawyer | Hours | Amount | Task |
|---|---|---|---|---|---|
| Apr-03-17 | Review email from Trustee regarding matter (.1), review docket (.1), telephone call and email to Humaira Safdar, personal injury attorney, regarding mass tort claim (.4). | SRW | 0.60 | 189.00 | B145 |
| Apr-03-17 | Review public records regarding personal injury claim (.3); analyze information received by Attorney Safdar (.2); review correspondence from Trustee regarding personal injury claim (.2); email to Trustee regarding reopening case (.1). | TPW | 0.80 | 280.00 | B110 |
| Apr-03-17 | Email from and to clerk regarding appointment of David Birdsell and trustee (.1). | TH | 0.10 | 19.50 | B110 |
| Apr-03-17 | Email to Humaira Safdar regarding information for declarations of special counsel (.1). | TH | 0.10 | 19.50 | B110 |
| Apr-03-17 | Prepare application to employ, declaration of counsel, employment order and notice of lodging proposed order (.3). | TH | 0.30 | 58.50 | B160 |
| Apr-05-17 | Analyze issues regarding tort lawsuit, potential liens and turnover issues (.1). | TPW | 0.10 | 35.00 | B110 |
| Apr-06-17 | Review correspondence from Trustee regarding identified issues (.1); review documents provided by Trustee, public records, court docket, schedules and statement of financial affairs to analyze case issues (.9); email to Trustee regarding case issues (.1). | TPW | 1.10 | 385.00 | B110 |
| Apr-07-17 | Telephone call from and to Debtor regarding reopening of his bankruptcy case. | TH | 0.10 | 19.50 | B110 |
| Apr-10-17 | Email to Humaira Saldar regarding employment of special counsel. | TH | 0.10 | 19.50 | B110 |
| Apr-21-17 | Review email from H. Safdar regarding employment of special counsel and review fee agreement provided; email to H. Safdar regarding same (.2). | TH | 0.20 | 39.00 | B110 |
| Apr-21-17 | Review file to analyze case issues and to prepare memorandum regarding status of case and prepare correspondence to Trustee regarding same (.2). | TPW | 0.20 | 70.00 | B110 |
| May-02-17 | Email to H. Safdar regarding employment of special counsel (.1). | TH | 0.10 | 19.50 | B110 |
| May-03-17 | Email from and to Humaira Safdar regarding application to employ special counsel (.1). | TH | 0.10 | 19.50 | B110 |

| Date | Description | Atty | Hours | Amount | Code |
|---|---|---|---|---|---|
| May-04-17 | Prepare application to employ special counsel (.2); prepare declarations of A. Badaruzzaman and D. Kerr (.3); prepare proposed form of order and notice of lodging proposed order (.2). | TH | 0.70 | 136.50 | B160 |
| May-04-17 | Email from and to H. Safdar regarding special counsel fee agreement between the firms (.1). | TH | 0.10 | 19.50 | B110 |
| May-11-17 | Review and revise application for authorization to employ special counsel, supporting declarations, and proposed order approving same (.2). | SRW | 0.20 | 63.00 | B145 |
| May-15-17 | Email to H. Safdar regarding revised application to employ special counsel, declarations of Mr. Badaruzzaman and Ms. Kerr and proposed order (.1). | TH | 0.10 | 19.50 | B160 |
| May-31-17 | Review file and prepare correspondence to Trustee regarding case status (.2). | TPW | 0.20 | 70.00 | B110 |
| Jun-13-17 | Review Order approving employment of special counsel and email to Humaira Safdar regarding same (.1). | TH | 0.10 | 19.50 | B145 |
| Jun-14-17 | Email to and from H. Safdar regarding settlement statement (.1). | TH | 0.10 | 19.50 | B145 |
| Jun-14-17 | Review voicemail from Debtor regarding reopening case and case issues (.1); review file and docket to analyze case status (.1). | TPW | 0.20 | 70.00 | B110 |
| Jun-20-17 | Review email from special counsel, Humaira Safdar, and attached settlement statement for personal injury claim, and instructions to Trish Hines to prepare settlement motion (.1). | SRW | 0.10 | 31.50 | B145 |
| Jun-26-17 | Prepare draft of Motion to Approve Settlement and Authorize Payment of Special Counsel Fees and Costs (1.0); review documents and settlement statement regarding personal injury claim (.2). | TH | 1.20 | 234.00 | B145 |
| Jun-29-17 | Revise settlement motion and application to pay special counsel (.3); prepare proposed form of order (.6). | TH | 0.90 | 175.50 | B145 |
| Jun-30-17 | Review file to analyze case issues and prepare memorandum and correspondence to Trustee regarding current case status (.1). | TPW | 0.10 | 35.00 | B110 |
| Jul-03-17 | Review and revise draft motion to approve settlement of mass tort claim and proposed order regarding same. | SRW | 0.90 | 283.50 | B145 |

| Date | Description | Atty | Hours | Amount | Code |
|---|---|---|---|---|---|
| Jul-05-17 | Research Maricopa County Recorder's Office for medical liens and analysis regarding same (.2). | TH | 0.20 | 39.00 | B145 |
| Jul-05-17 | Revise proposed settlement motion and order (.2); email to H. Safdar regarding review by special counsel (.1). | TH | 0.30 | 58.50 | B145 |
| Jul-20-17 | Review case status and email to Humaira Safdar regarding status of review of draft of settlement motion and order (.1). | TH | 0.10 | 19.50 | B110 |
| Aug-09-17 | Email from H. Safdar regarding special counsel revisions to settlement motion and order (.1). | TH | 0.10 | 19.50 | B110 |
| Aug-09-17 | Review and consider special counsel's revisions to draft motion to approve settlement of mass tort claim and proposed order (.3). | SRW | 0.30 | 94.50 | B145 |
| Aug-11-17 | Review docket and file and prepare correspondence to Trustee regarding current status of case/suggested course of action (.1). | TPW | 0.10 | 35.00 | B110 |
| Aug-15-17 | Email to H. Safdar regarding updated settlement statement (.1). | TH | 0.10 | 19.50 | B110 |
| Aug-16-17 | Email from Humaria Safdar regarding updated settlement statement (.1). | TH | 0.10 | 19.50 | B110 |
| Aug-21-17 | Email to Humaira Safdar regarding updated settlement statement status (.1). | TH | 0.10 | 19.50 | B110 |
| Aug-25-17 | Email to H. Safdar regarding status of updated settlement statement (.1). | TH | 0.10 | 19.50 | B110 |
| Aug-28-17 | Review email from special counsel regarding questions related to settlement motion. | SRW | 0.20 | 63.00 | B145 |
| Aug-30-17 | Email to Humaira Safdar regarding status of updated settlement statement (.1). | TH | 0.10 | 19.50 | B110 |
| Sep-06-17 | Email to H. Safdar regarding status of updated settlement statement (.1). | TH | 0.10 | 19.50 | B110 |
| Sep-06-17 | Email from Trustee regarding correspondence to Debtor (.1); review and analyze correspondence to Debtor regarding undisclosed claim (.1). | TPW | 0.20 | 70.00 | B110 |
| Sep-12-17 | Telephone call to Asim Badarruzzman regarding | TH | 0.30 | 58.50 | B110 |

| Date | Description | Atty | Hours | Amount | Code |
|---|---|---|---|---|---|
| | updated settlement statement (.2); review email from Humaria Safdar regarding same (.1). | | | | |
| Sep-13-17 | Review updated settlement statement and joint motion (.2); prepare bar notice regarding same (.2). | TH | 0.40 | 78.00 | B145 |
| Sep-14-17 | Review file, analyze case issues and prepare correspondence/memorandum to Trustee regarding status of caes issues and recommendations of how to proceed (.1). | TPW | 0.10 | 35.00 | B110 |
| Sep-18-17 | Email to H. Safdar and A. Badaruzzuman regarding revised settlement motion (.1),. | TH | 0.10 | 19.50 | B110 |
| Sep-18-17 | Review and revise motion to approve settlement of mass tort claim and to grant Trustee authority to pay special counsel's fees and costs (.4). | SRW | 0.40 | 126.00 | B145 |
| Sep-20-17 | Emails from Asim Badaruzzaman regarding final review of proposed Settlement Motion and authorization to file electronically (.1). | TH | 0.10 | 19.50 | B110 |
| Sep-20-17 | Revise notice of joint settlement motion (.2); prepare certificate of mailing motion and notice (.2). | TH | 0.40 | 78.00 | B145 |
| Sep-20-17 | Finalize Trustee's Motion: (1) To Approve Settlement Pursuant to Bankruptcy Rule 9019(a); and (2) To Authorize Payment of Attorney Fees and Costs of Special Counsel (.2); finalize bar notice (.1); finalize certificate of mailing (.2); correspondence to parties regarding same (.1). | TH | 0.60 | 117.00 | B145 |
| Sep-20-17 | Review and analyze settlement documents and amend motion for settlement and notice (.2). | TPW | 0.20 | 70.00 | B110 |
| Sep-21-17 | Email from H. Safdar regarding settlement release (.1). | TH | 0.10 | 19.50 | B110 |
| Sep-22-17 | Email to H. Safdar regarding Release (.1) . | TH | 0.10 | 19.50 | B110 |
| Sep-25-17 | Review email from H. Safdar and final settlement statement to be signed by Trustee (.1). | TH | 0.10 | 19.50 | B110 |
| Oct-16-17 | Review emails from H. Safdar regarding status of settlement motion (.1). | TH | 0.10 | 19.50 | B110 |
| Oct-17-17 | Prepare certificate of service and no objection (.1); prepare notice of lodging proposed order (.1). | TH | 0.20 | 39.00 | B145 |
| Oct-17-17 | Review release required by defendants' counsel and instructions to Trustee for signature (.3). | SRW | 0.30 | 94.50 | B145 |

| | | | |
|---|---|---|---|
| Invoice #: 1147 | Page 6 | | April 5, 2018 |

Invoice #: 1147    Page 6    April 5, 2018

|  |  | | |
|---|---|---:|---:|
|  | Totals | 14.40 | $3,679.50 |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---:|---:|
| Apr-03-17 | Postage | 0.67 | |
| Apr-30-17 | Copying | 7.75 | |
| Apr-30-17 | Pacer | 3.20 | |
| May-17-17 | Lexis Nexis Asset/Public Record Search | 45.00 | |
| May-31-17 | Copying | 55.25 | |
| May-31-17 | Pacer | 3.50 | |
| Jun-08-17 | Postage | 0.67 | |
| Jun-30-17 | Copying | 25.50 | |
| Jul-31-17 | Copying | 12.75 | |
| Aug-31-17 | Copying | 49.00 | |
| Sep-20-17 | Postage | 14.47 | |
| Sep-30-17 | Copying | 45.25 | |
| Sep-30-17 | Pacer | 5.80 | |
| Oct-17-17 | Postage | 0.67 | |
| Oct-17-17 | Postage | 0.67 | |
|  | Totals | $270.15 | $0.00 |

|  |  |
|---|---:|
| **Total Fees & Disbursements** | **$3,949.65** |
| Previous Balance | $0.00 |
| Payment Received | $0.00 |
| **BALANCE DUE NOW** | **$3,949.65** |

## SUMMARY BY TASK

| Task | Effective Rate | Hours | Amount |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| B110 | Case Administration | $281.69 | 5.90 | 1,662.00 |
| B145 | Plaintiff Claim Issues | $243.65 | 7.40 | 1,803.00 |
| B160 | Fee/Employment Applications | $195.00 | 1.10 | 214.50 |
| **Grand Total** | | | **14.40** | **$3,679.50** |